IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00012-MSK-PAC

CARRIE KAISER,

      Plaintiff(s),

v.

HOSPICE OF METRO DENVER, INC.,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Joint Motion to File Amended Stipulated Deposition Schedule and to Vacate and Reset Settlement Conference [filed September 22, 2006; Doc. No. 24] is **GRANTED** as follows:

      The Amended Stipulated Deposition Schedule is accepted for filing this date.

      IT IS **FURTHER ORDERED** that the Settlement Conference set for October 19, 2006 is *vacated and reset* to **January 16, 2007 at 3:00 p.m.**

      Confidential Settlement Statements are due on or before **January 11, 2007,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

      Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

      ***Counsel and parties with full authority to settle must be present.***

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  September 29, 2006